# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-1806

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Che Lamar Romero, also known as | * | |
| Alvaro Vega Valesquez, also known | * | [UNPUBLISHED] |
| as Joseph Garcia, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: May 10, 2005
Filed: May 17, 2005

_____

Before MURPHY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

Che Lamar Romero attacks only the reasonableness of his sentence for an attempted carjacking and for being a felon in possession of a firearm. Romero has no quarrel that his base offense level was properly increased because a firearm was used during the attempted carjacking and a victim was abducted to facilitate the offense. He also acknowledges that the district court[*] correctly determined that his

_____

[*]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

sentencing range was 188-235 months.  Although the sentence imposed falls within the negotiated sentencing range contemplated by Romero's plea agreement, he contends the district court abused its discretion when it sentenced him at the top of the sentencing range.  We disagree.  Having carefully reviewed the record and the factors in 18 U.S.C. § 3553(a), we conclude the district court did not abuse its discretion and Romero's 235-month sentence is reasonable.

We note Romero did not raise any argument under United States v. Booker, 125 S. Ct. 738 (2005), and affirm Romero's sentence.

———————————————